IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    Case Nos.    05-3466-JWL
                                                                        05-20061-JWL

RONALD E. RANDALL,

    Defendant/Movant.

_____

**MEMORANDUM AND ORDER**

Defendant Ronald E. Randall pleaded guilty to one count of bank robbery and was sentenced to fifty-seven months' imprisonment. This matter comes before the court on Mr. Randall's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (doc. 32). Only five days after judgment was entered, Mr. Randall filed his notice of direct appeal on November 8, 2005. He filed the current § 2255 motion on December 13, 2005. Mr. Randall's appeal is still pending before the Tenth Circuit. "Absent extraordinary circumstances, the orderly administration of criminal justice precludes a district court from considering a § 2255 motion while review of the direct appeal is still pending." *United States v. Scott*, 124 F.3d 1328, 1330 (10th Cir. 1997); *accord United States v. Cook*, 997 F.2d 1312, 1319 (10th Cir. 1993). In this case, Mr. Randall has not demonstrated any such extraordinary circumstances.

**IT IS THEREFORE ORDERED BY THE COURT** that Mr. Randall's motion to

vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (doc. 23) is denied without prejudice to be renewed after the Tenth Circuit has considered his appeal.

**IT IS SO ORDERED** this 15th day of March, 2006.

s/ John W. Lungstrum  
John W. Lungstrum  
United States District Judge